# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 3, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152335

IN RE JONES

SC: 152335
COA: 328229
LC: 04-008273-FH

_____

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of September 23, 2015, the Clerk of the Court is hereby directed to close this file.



jam

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 3, 2015



Clerk